UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

| |
|---|
| **Thong Thuan Company Limited and Thong Thuan Cam Ranh Seafood Joint Stock Company**<br><br>                                    **Plaintiffs,**<br><br>    **v.**<br><br>**United States,**<br><br>                                    **Defendant.** |

**SUMMONS**
**Case No. 26-02456**

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.    **Name and Standing of Plaintiff**

Plaintiffs in this action are Thong Thuan Company Limited and Thong Thuan Cam Ranh Seafood Joint Stock Company.  As foreign producers and exporters of the subject merchandise, Plaintiffs qualify as interested parties under 19 U.S.C. § 1677(9)(A). Plaintiffs were also active participants in the antidumping investigation of the U.S. Department of Commerce that led to the determination being challenged.  Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. § 1516a(a)(2)(A) and 28 U.S.C. § 2631(c) as interested parties that were parties to the proceeding identified below.

2.    **Brief Description of Contested Determination**

Plaintiffs contest the U.S. Department of Commerce's final results, published as *Certain Frozen Warmwater Shrimp From the Socialist Republic of Vietnam: Final Results of and Final Rescission of Review, in Part, of Antidumping Duty Administrative Review; 2023– 2024*, 91 Fed. Reg. 8,429 (Feb. 23, 2026).

**3.     Date of Determination**

The U.S. Department of Commerce issued the final results on February 19, 2026.

**4.     Date of Publication in Federal Register of Notice of Contested Determination**

The contested final results were published in the Federal Register on February 23, 2026 (91 Fed. Reg. 8,429).

Respectfully submitted,

/s/ Matthew R. Nicely

Matthew R. Nicely
Daniel M. Witkowski
Sung Un K. Kim

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4046
mnicely@akingump.com

*Counsel to Thong Thuan Company Limited and Thong Thuan Cam Ranh Seafood Joint Stock Company*

Dated:  March 24, 2026

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Attorney-in-Charge
**U.S. DEPARTMENT OF JUSTICE**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Supervising Attorney
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
**U.S. DEPARTMENT OF COMMERCE**
Mail Stop 5875 HCHB
14th Street & Constitution Ave., NW
Washington, DC 20230

Chief Counsel
**U.S. DEPARTMENT OF COMMERCE**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230